IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-30096
Summary Calendar
_____

TOMAS CHAVEZ MEMBRADO,

Petitioner-Appellant,

versus

ROBERT A. WALLIS, District Director
of Immigration and Naturalization Service;
DAVID A. WING, Officer in charge of
Immigration and Naturalization Service,
Bradenton Detention Center,

Respondents-Appellees.

---------------------
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 98-CV-1743
---------------------
September 30, 1999

Before JOLLY, JONES, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Tomas Chavez Membrado, #760.07, appeals the district court's judgment dismissing his application for a writ of habeas corpus, which sought review of the immigration judge's bond determination and order of deportation. See 28 U.S.C. § 2241. He argues that the Immigration and Naturalization Service's continued detention of him is unlawful based upon his incarceration for over six

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

months pursuant to an immigration deportation order without his being deported or released on bond.

Membrado's claim is not of constitutional magnitude so as to warrant habeas relief. Further, Membrado's continued detention is not unlawful and does not implicate due process concerns. Gisbert v. United States Attorney General, 988 F.2d 1437, 1447 (5th Cir.), modified, 997 F.2d 1122 (5th Cir. 1993). Finally, Membrado's "motion to obtain contract," which this court treats as a motion for the production of documents, is denied.

AFFIRMED; MOTION DENIED.